## Foster, Appellant, v. General State Authority.

Argued March 15, 1967. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Emanuel Goldberg*, with him *George Schwartz*, for appellants.

*Charles T. Chew*, with him *Michael A. Madar*, for General State Authority, appellee.

Opinion Per Curiam, June 29, 1967:
Judgment affirmed.